IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 06-MC-9037 |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| LYDIA R. KING, | |
| Respondent. | |

**MOSMAN, J.,**

    IT IS HEREBY ORDERED that Petitioner's Motion to Dismiss (#9) is GRANTED, and this action is DISMISSED.

    DATED this  12th   day of December, 2006.

                                                    /s/ Michael W. Mosman
                                                    MICHAEL W. MOSMAN
                                                    United States District Judge

PAGE 1 - ORDER OF DISMISSAL